CLERK, CLARISSA WEBSTER
AND ABEL ACOSTA.

IN RE: MOTION OBJECTION - OPPOSITION TO
CLERK, CLARISSA WEBSTER NOT COMPLYING
TO T.C.C.P. 2.21 CLERK'S MINISTERIAL
DUTY, CLERK'S MININISTERIA ACT TO
CHAPTER 64.01 (C) DNA TESTING AND
11.073d RESPONSE BY 70TH JUDICIAL
DISTRICT JUDGE, DEAN WHALEN DE-
CISION ON JONES 11.07 HABEAS COR-
PUS, MEMORANDUM OF LAW, EXHIBITS [A-E]
AND DNA 64.01 (C) APPOINTMENT OF DNA
COUNSEL.

PLEASE FILE WITH COURTS AND COMPLY
WITH CLERK'S DUTY(S).
Tony Ray Jones #1312115
P.O.Box 4500 Tennessee
Colony Texas 75886.

TONY RAY JONES

V.

THE STATE OF TEXAS

70TH JUDICIAL DISTRICT COURT, ECTOR CO.

CAUSE NO.
A-31,684-E

WR-29735-10

## MOTION OBJECTION - OPPOSITION TO CLERK, CLARISSA WEBSTER'S fAILURE TO NOTIFY JONES OF UNRESOLVED AND OR RESOLVED COURT CONTROVERTED DECISIONS

### HONORABLE COURTS

CLERK, CLARISSA WEBSTER DID NOT COMPLY WITH HER CLERK'S DUTY T.C.C.P. 2.21 AND 11.07 3d RULE TO NOTIFY JONES of 70TH JUDICIAL DECISION ON HIS 11.07 HABEAS CORPUS, WITH MEMORANDUM OF LAW AND EXHIBITS [A-E] AS WELL AS HIS THIRD REQUEST MOTION fOR FORENSIC DNA TESTING CHAPTER 64.01 (C) MOTION SENT TO HER COURTS ON NOVEMBER, 1ST 2015 DNA MOTION PER "STATUTORY RIGHT"

1

PER T.C.C.P. MINISTERIAL DUTY, CLARISSA WEBSTER HAS A DUTY - MINISTERIAL ACT TO FILE AND ORDER JONES' CHAPTER 64.01(C) DNA MOTION AND SHE HAS NOT DONE SO NOR HAS SHE SENT JONES ANY COURT DECISION ON HIS CHAPTER 64.01(C) MOTION OR HIS 11.07 HABEAS CORPUS AS BY LAW SHE IS REQUIRED TO DO. NEVEU V. CULVER, 105 S.W. 3d 641, 642 (TEX. CRIM. APP. 2003) See also, CRIM. LAW 1602 AND EUGENE J. WINTERS V. PRESIDING JUDGE, 118 S.W. 3d 773 (TEX. CRIM. APP. 2003) Citing Also ROSENTHOL V. POE, 98 S.W. 3d 194, 198 (TEX. CRIM. APP. 2003).

"JUDGE OR CLERK" HAS TO ACKNOWLEDGE JONES' STAT-UTORY RIGHT TO DNA TESTING. THE APPOINTMENT OF COUNSEL IS "MANDATORY" IF DEFENDANT SHOWS HE IS, INDIGENT OF WHICH JONES SENT AN INMATE SIX MONTH TRUST FUND PRINT OUT AND REQUESTED DNA TESTING VIA HIS "THIRD" REQUEST MOTION OF WHICH 70TH JUDICIAL DISTRICT JUDGE, DEAN WHALEN AND CLERK, CLARISSA WEBSTER HAVE IGNORED. BOTH ARE OFFICERS OF THE COURT AND VIOLATE VERNON'S TEXAS STATUES AND CODE ANNOTATED 2.03 NEGLECT OF DUTY OF COURT OFFICER PARAGRAPHS (a) AND (b) [27] [33] [34].

2

JONES RECEIVED A COURT OF CRIMINAL APPEALS CARD SHOWING 11/30/15 DATE RECEIVED BY 70TH JUDICIAL DISTRICT COURT 300 N. GRANT AVE. ROOM #301 CLERK, CLARISSA AND ROOM #331 JUDGE DEAN WHALEN. BOTH COURT OFFICERS REFUSE TO FOLLOW 11.07 3d RULE TO SEND RESPONSE MADE BY 70TH JUDICIAL DISTRICT, DEAN WHALEN'S DECISION AND CLERK, CLARISSA WEBSTER'S "MINISTERIAL ACT" IS REQUIRED TO APPOINT DNA COUNSEL REGARDLESS OF HER EXCUSE OF

1) VICTIM WAS NOT MEDICALLY EXAMINED FOR A LONG LENGTH OF TIME.

2) NO BIOLOGICAL EVIDENCE WAS COLLECTED DURING MEDICAL EXAM.

3) THE DEFENDANT'S CONDUCT IN DIGITALLY PENETRATING THE VICTIM WAS NOT LIKELY TO LEAVE BIOLOGICAL EVIDENCE.

NO EVASIVE EXCUSE IS WARRANTED FOR JUDGE, DEAN WHALEN OR CLERK CLARISSA WEBSTER. DNA TESTING IS "MANDATORY" AND JONES' "STATUTORY RIGHT TO COUNSEL".

IT IS CLERK, CLARISSA WEBSTER'S DUTY VIA, "MINISTERIAL ACT" TO APPOINT DNA COUNSEL AND NO JUDGE NOR CLERK CAN SAY IT IS "USELESS" THE APPOINTMENT OF DNA COUNSEL IS "MANDATORY".

3

JONES HAS NOT AS OF THIS DAY DECEMBER, 10TH 2015 EVER RECEIVED A "COMPLETE RECORD" BY CLERK, CLARISSA WEBSTER NOR HAS SHE COMPLIED WITH TWO TOTAL RECORD MOTIONS SENT TO HER CLERKS OFFICE ON A "COMPLETE RECORD" DATED SEPTEMBER 14TH 2015 SEPTEMBER 24TH 2015, OCTOBER 7TH 2015, OCTOBER 14TH 2015, NOVEMBER 16TH 2015, NOVEMBER 24TH 2015 DECEMBER 1ST 2015.

NOT ONE RESPONSE ON
1) A "COMPLETE" RECORD.
2) DNA CHAPTER 64.01 (C) MOTIONS
3) 11.07 HABEAS CORPUS DECISION BY 10TH JUDICIAL DISTRICT COURT, DEAN WHALEN.

JONES DUE PROCESS IS DENIED, RIGHT TO MATERIAL AND EXCULPATORY EVIDENCE IS DENIED AND MAKES IT QUITE OBVIOUS THEY WANT TO OBSTRUCT JUSTICE:

SIGNED THIS 10TH DAY OF DECEMBER, 2015
PRO-SE Tony Ray Jones #312115
Michael Unit, P.O.BOX 4500
Tennessee Colony Texas 75886

COPY SENT TO
CLERK, ABEL ACOSTA
P.O.BOX 12308, CAPITOL
STATION, AUSTIN, TEXAS,
78711:

4

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT THIS FOREGOING is TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND AN ORIGIONAL WAS SENT TO CLERK, CLARISSA WEBSTER CLERK OF ECTOR COUNTY, 300 N. GRANT AVE, ROOM #301, ODESSA TEXAS, 79761 AND CLERK, ABEL ACOSTA A COPY OF THIS FOREGOING TO P.O.BOX 12308 CAPITOL STATION, AUSTIN TEXAS, 78711 BY THE UNITED STATES MAIL SYSTEM ON THIS 10TH DAY OF DECEMBER, 2015.

By PROSE, Tony Ray Jones #1312115
Michael Unit, P.O.Box 4500
Tennessee Colony, Texas, 75886


## UNSWARN DECLARATION

I, TONY RAY JONES TDC# 1312115 PRESENTLY INCARCERATED AT TDCJ MICHAEL UNIT 2664 FM2054, Tennessee Colony, TEXAS, 75886 IN ANDERSON COUNTY, TEXAS SENT THIS MOTION OBJECTION - OPPOSITION TO BOTH ABOVE CLERKS BY THE UNITED STATES MAIL SYSTEM ON DECEMBER 10TH 2015.

SIGNED THIS 10TH DAY OF DECEMBER, 2015

By Tony Jones 1312115
Michael Unit, P.O.B 4500
Tennessee Colony Texas 75886.